UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

VICTORIA-JOY GODWIN,

        Plaintiff,                Case No. 20-12012

v.                                         Honorable Thomas L. Ludington
                                               Magistrate Judge Patricia T. Morris

TUSCOLA COUNTY COURT, et al.,

        Defendants.

_____/

**ORDER ADOPTING REPORT & RECOMMENDATION**

On July 13, 2020, Plaintiff filed a *pro se* civil complaint against Defendants. ECF No. 1. As explained by Magistrate Judge Morris,

> Plaintiff's Complaint sets forth several allegations, including that Defendants have 'obstructed' her access to courts, 'leaving [her] without a remedy and denying [her] access to the courts for the petitioning of redress.'

ECF No. 7 at PageID.39. The complaint was referred to Magistrate Judge Morris. ECF No. 4. Plaintiff was granted permission to proceed *in forma pauperis*. ECF Nos. 2, 5. On September 29, 2020 Magistrate Judge Morris *sua sponte* issued a report recommending the case be dismissed. She explained that Plaintiff "does not explain their roles with particularity for any Defendant to understand the count(s) against them" and she "fails to attach any particular wrongdoing or violation of an applicable law" Defendants. ECF No. 7 at PageID.46.

Although the Magistrate Judge's report states that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, neither party timely filed any objections. The election not to file objections to the Magistrate Judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140,

149 (1985). The failure to file objections to the report and recommendation waives any further right to appeal. *Id.*

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 7, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's complaint, ECF No. 1, is **DISMISSED**.

Dated: October 21, 2020    s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon **Victoria-Joy Godwin,** PO Box 53, Caro, MI 48723 by first class U.S. mail on October 21, 2020.

s/Kelly Winslow
KELLY WINSLOW